UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SILVERMAN,

        Plaintiff,

-against-

PRESSLER, FELT & WARSHAW, LLP f/k/a
PRESSLER & PRESSLER, LLP,

        Defendant.

Case No: 7:21-cv-02246-CS

[~~PROPOSED~~] ORDER

**UPON** due consideration of the parties' joint motion to dismiss, it is hereby

**ORDERED** that this case be dismissed without prejudice pursuant Fed. R. Civ. Pro. 12(b)(1), with each party to bear its respective attorney's fees and costs. The Clerk of Court is respectfully directed to terminate ECF No. 21 and to close the case.

Dated: 1/27/22

_____
HON. CATHY SEIBEL, U.S.D.J.